# United States Court of Appeals for the Fifth Circuit

No. 22-50701
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
December 9, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Kevin Jahary Mejia-Leon,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-167-1

Before Smith, Dennis, and Southwick, *Circuit Judges*.

Per Curiam:*

Kevin Jahary Mejia-Leon appeals his conviction and sentence for illegal reentry after deportation.  Mejia-Leon argues that his sentence of 24 months of imprisonment and three years of supervised release exceeded the statutory maximum because the enhanced penalty provisions of 8 U.S.C. § 1326(b) are unconstitutional.  He has filed an unopposed motion for

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50701

summary disposition and a letter brief conceding correctly that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Mejia-Leon states that he has raised the issue only to preserve it for possible further review. Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Mejia-Leon's motion is GRANTED, and the district court's judgment is AFFIRMED.